AO 91 (Rev. 08/09) Criminal Complaint

United States District Court
Southern District of Texas
FILED
JUL 1 0 2016
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| 1 Carlos Valentin Avendano-Lucio | ) | Case No. M-16-1302-M |
| YOB: 1981; Citizenship: Mexico | ) | |
| 2 Nancy Yadira Moreno-Ruiz | ) | |
| YOB: 1982; Citizenship: Mexico | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 04, 2014__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(v)(I); and<br>8 U.S.C. § 1324(a)(1)(A)(ii) | Knowing and in reckless disregard of the fact that individuals, who were aliens, had come to entered and remained in the United States in violation of law, did knowingly and intentionally conspire and agree with others to transport, attempt to transport, move, and attempt to move said aliens, within the United States by means of transportation or otherwise, in furtherance of such violation of law; |

This criminal complaint is based on these facts:

See Attachment "A"

☑ Continued on the attached sheet.

*Complainant's signature*

Sean Greene, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __07/10/2016__

*Judge's signature*

City and state: __Edinburg, Texas__         Dorina Ramos, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT "A"

On August 04, 2014, Border Patrol Agents (BPAs) conducting line watch duties along the Rio Grande River encountered a group of three undocumented aliens (UDAs) near the Pharr, Texas Port of Entry (POE). The UDAs were identified as Victor Manuel MORENO-Ruiz (hereinafter V. MORENO), Bibi SOLIS-Cruz (hereinafter B. SOLIS), and Luis Manuel CASTRO-Esquivel (hereinafter L. CASTRO).

On August 05, 2014, Pharr Police Department officers discovered a deceased female on the levee near the POE in Pharr, Texas, who was later identified as Maria De Lourdes SANTOS-Becerra (hereinafter SANTOS). Subsequent investigative findings indicated SANTOS fell from the Pharr International Bridge (Texas) (hereinafter the bridge) while attempting to illegally enter the United States as a member of a group of UDAs guided by V. MORENO.

On October 16, 2014, Special Agents (SAs) with Homeland Security Investigations (HSI) interviewed B. SOLIS regarding the facts surrounding her illegal entry to the United States and the aforementioned apprehension by BPAs. B. SOLIS identified V. MORENO from a photo lineup as the individual that served as the alien brush guide when she was apprehended on August 04, 2014. B. SOLIS identified a photograph of L. CASTRO as a UDA that entered the United States illegally with her and was subsequently apprehended along with her by BPAs. B. SOLIS identified a photograph of SANTOS as a UDA that entered the United States illegally with her and subsequently fell from the Bridge on or about August 04, 2014.

B. SOLIS further stated that on August 03, 2014, V. MORENO, along with two unidentified individuals transported her, L. CASTRO, and another two (2) UDAs in a van from an alien stash house in Reynosa, Tamaulipas, Mexico to the Bridge. B. SOLIS stated that after they had traveled a long distance on the bridge, V. MORENO instructed the driver to stop the van at a designated point on the bridge that was in close proximity to the inspection area at the Pharr, Texas POE. B. SOLIS stated that the unidentified transporters dropped off V. MORENO and the group of four UDAs. B. SOLIS stated that V. MORENO then guided her and the other UDAs to climb over the high fencing along the top of the bridge and scale down to the ground below as they entered the United States illegally. B. SOLIS stated that in the process of scaling down from the bridge an unidentified female UDA fell onto the roadway beneath the bridge and was injured. B. SOLIS stated that V. MORENO abandoned the injured woman and continued to guide the remaining UDAs via a clandestine route away from the bridge. The group of UDAs continued along this route until BPAs apprehended three of them. The fifth member of the group, an unidentified male, fled on foot and evaded arrest.

On December 10, 2014, SAs encountered Cesar MORALES-Ruiz (hereinafter C. MORALES) and identified him as the aforementioned UDA that had eluded apprehension by BPAs on August 04, 2014. SAs interviewed C. MORALES, who identified Nancy Yadira MORENO-Ruiz (hereinafter N. MORENO) and Carlos Valentin AVENDANO-Lucio (hereinafter C. AVENDANO) from photo lineups as the aforementioned individuals that on August 03, 2014, transported him, the aforementioned three additional UDAs, and the alien brush guide in a van

1

from the alien stash house in Reynosa, Tamaulipas, Mexico to the location on the Bridge within the United States near Pharr, Texas where they were dropped off. C. MORALES also identified V. MORENO from a photo lineup as the individual that served as the group's alien brush guide.

On December 12, 2014, SAs conducted an additional interview of B. SOLIS, who identified N. MORENO and C. AVENDANO from photo lineups as the aforementioned individuals that on August 03, 2014, transported her, the aforementioned three additional UDAs, and V. MORENO in a van from the alien stash house in Reynosa, Tamaulipas, Mexico to the location on the Bridge within the United States near Pharr, Texas where they were dropped off.

On July 08, 2016, at approximately 9:00 p.m., C. AVENDANO and N. MORENO, who were both holders of U.S. B1/B2 Visas, attempted to enter the United States via the Anzalduas Port of Entry (POE). U.S. Customs and Border Protection officers detained the couple at the POE and began the process of cancelling the subjects' visas. HSI SAs responded to the POE that night to interview the subjects.

On July 09, 2016, in a post-Miranda statement N. MORENO stated that on or about August 03, 2014, she entered into an agreement with V. MORENO to transport him along with the aforementioned group of UDAs from a stash house in Reynosa to a location on the Bridge within the United States. N. MORENO stated that she further assisted V. MORENO in the smuggling venture by recruiting her husband C. AVENDANO to drive the couple's van to transport the group of UDAs to further assist their illegal entry into the United States. N. MORENO stated that she knew it was illegal to transport the UDAs within the United States or otherwise participate in alien smuggling activities. N. MORENO further stated that she received money that was wired from the United States to Mexico to pay for a UDA's food while he/she was harbored at the stash house in Reynosa.